PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: Fidencio Flores          Case Number: A-13-CR-122(1)-SS

Name of Sentencing Judicial Officer: Honorable Sam Sparks, United States District Judge

Date of Original Sentence: August 16, 2013

Original Offense: Possession with Intent to Distribute Methamphetamine and Cocaine, in violation of 21 U.S.C. § 841(b)(1)(C)

Original Sentence: Eighty-seven (87) months custody in the United States Bureau of Prisons, to run consecutive with A-06-CR-305 (1)-SS, for a total of one hundred eleven (111) months custody, followed by a five (5) year term of supervised release. Special conditions include substance abuse treatment, search and seizure, alcohol abstinence, mental health treatment, take all medications as prescribed, no association with gangs, and pay a $100 special assessment (paid in full)

Type of Supervision: Supervised Release    Date Supervision Commenced: November 1, 2019

Assistant U.S. Attorney: Mark. H. Marshall    Defense Attorney: Amber Vasquez Bode-Retained

---

### PREVIOUS COURT ACTION

On July 15, 2015, an Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) was signed by the Court, reducing the sentence of imprisonment from 87 to 71 months, to be served consecutive to A-06-CR-305(1)-SS, for a total of 95 months.

### NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

Flores, Fidencio
Report on Offender Under Supervision
Page 2

**Violation of Standard Condition No. 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."

**Nature of Noncompliance:** On November 21, 2019, the offender submitted a urine specimen which returned positive for amphetamines. The results were confirmed by the national lab as positive for methamphetamine.

**U.S. Probation Officer Action:** On December 10, 2019, Flores reported to the probation officer to discuss the confirmation of the urine specimen. Flores admitted to taking an unknown pill from an associate. He signed an admission form for his use and appeared remorseful for his actions. Additionally, Flores signed a release of confidential information so that his girlfriend could speak with the probation officer regarding any concerns for added accountability.

On December 9, 2019, Flores began a co-occurring treatment program. Based on the recent treatment referral, this officer respectfully recommends that no adverse action be taken at this time. Rather, it is recommended that Flores continue with his treatment services to work on developing appropriate coping skills.

Accordingly, the Court reserves the right to revisit these allegations in the future. In addition, should Flores incur any further violations, the Court will be immediately notified.

Approved by,

Martha N. Davis
Supervising Probation Officer
Date: 12/23/19

Respectfully Submitted,

Lyza De La Fuente
U.S. Probation Officer
Date: December 23, 2019

---

**THE COURT ORDERS:**

[X] No Action

[ ] Submit a Request for Modifying the Condition or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Susan Hightower
U.S. Magistrate Judge

Date: December 23, 2019